UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DORIS J. BUTLER | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:15CV159-RHW |
| CAROLYN W. COLVIN<br>Commissioner of Social Security | DEFENDANT |

**FINAL JUDGMENT**

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.  For the reasons stated in the Memorandum Opinion and Order entered on this day, the Court finds that the Commissioner's motion to affirm should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Commissioner's [10] Motion to Affirm is GRANTED.  Plaintiff's lawsuit is hereby dismissed with prejudice.

SO ORDERED, this the 29th day of August, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE